# Administration order

**IN THE MATTER OF THE INSOLVENCY ACT 1986**

*[Stamp: HIGH COURT OF JUSTICE, THE BUSINESS & PROPERTY COURTS OF ENGLAND AND WALES — 08 Mar 2021]*

| IN THE MATTER OF<br>GREENSILL CAPITAL (UK) LIMITED | Company registered number<br>08126173    CR-2021-000435 |
|---|---|
| IN THE HIGH COURT OF JUSTICE<br>BUSINESS AND PROPERTY COURTS OF ENGLAND AND WALES INSOLVENCY AND COMPANIES LIST (ChD) | Court case number<br>CR-2021-000435 |

**NEW FORM 3.13**

**Rule 3.13, IR 2016**

(a) This order is prepared for a company incorporated within England and Wales. If the company is incorporated outside the UK or is an unregistered company refer to rule 1.6 for identification requirements. (Rules 3.13(1) and 1.6.)

(aa) The introductory paragraph is not required but is included for convenience of the intended recipients and may be considered immaterial but permitted. (Rule 1.9.)

(b) Insert name and title of the judge making the order. (Rule 3.13(1)(b).)

(bb) Insert date of the administration order and, if the court so orders, the time. (Rule 3.13(1)(j).) Including the date of the order at this position in the document may be considered more convenient for the intended recipients and as such permitted under Rule 1.8(2).

(c) Insert name of applicant.

(cc) Insert status of applicant. Insert applicant's address for service. Rule 3.13 does not require the identity of the applicant and their locus to make the application to be stated but to do so may be considered convenient for the intended recipient. (Rules 3.13(1)(c) and 1.8(2).)

(d) Insert details of any other parties (including the company) appearing and by which Counsel represented. (Rule 13.13(1)(d).)

(e) Insert full name(s) of administrator[s]. If a single administrator is appointed delete as applicable. (Rule 3.13(1)(f).)

(f) This paragraph is required where more than one administrator is appointed and should be amended as applicable (Rule 3.13(2) and paragraph 100(2) Schedule B1.)

(g) Insert details of any other orders or provisions made by the court. (Rule 3.13(1)(k).) Sub-rule 3.13(1)(k) requirements are listed here ahead of sub-rule 3.13(1)(h) and (i) as it may be considered more convenient for the recipient to have details of the court's orders grouped. If the court makes an order under sub-paragraph (d) or (f) of paragraph 13(1) of Schedule B1 insert details of directions given by the court as to the persons to whom and how notice of the order is to be delivered.(Rule 3.15(3).)

(gg) Insert terms of order for costs.
(h) Insert whether the EU Regulation applies.

(hh) If the EU Regulation does apply identify whether the proceedings are main, secondary or territorial proceedings. (Rules 3.13(1)(h), (i) and 1.2.) – to be used prior to the end of the transition period (31 December 2020).

(hhh) Following the end of the transition period (31 December 2020), the court will be required to state whether the proceeding are COMI, establishment or other.

(i) Insert additional requirements of rule 3.14 in the case of an application under paragraph 37 or 38 to Schedule B1 (i.e. applications where the company is in liquidation). (Rule 3.14.)

This order is made in accordance with the requirements of rule 3.13 of the Insolvency (England and Wales) Rules 2016 (IR 2016) and Schedule B1 of the Insolvency Act 1986 (respectively **Schedule B1** and **IA 1986**.) References in this order to rules are, unless expressly provided otherwise, references to the rules of the IR 2016.

**1.** This administration order is made by Mr Justice Michael Green on 8 March 2021 at 3pm.

**2.** The application for an administration order was made by the sole director of Greensill Capital (UK) Limited whose address for service is: One Southampton Street, Covent Garden, London, WC2R 0LR.

**3** The following other parties appeared and were represented as follows:

- The company, represented by David Allison QC, Ryan Perkins and Allen & Overy LLP;
- Credit Suisse Asset Management (Schweiz) AG, represented by Glen Davis QC, Matthew Abraham and Morgan, Lewis & Bockius LLP;
- Olive UK Opco Limited, represented by Robin Dicker QC and Kirkland & Ellis LLP.

**4** The Court ORDERS that:

- during the period for which this order is in force the affairs, business and property of the company is to be managed by the Administrators (defined below);
- Christine Mary Laverty, Trevor Patrick O'Sullivan and William George Edward Stagg, licensed insolvency practitioners of Grant Thornton UK LLP, 30 Finsbury Square, London EC2A 1AG (together the **Administrators**) are appointed administrators of the company;
- for the purposes of paragraph 100 (2) to Schedule B1 the Administrators may exercise any of the powers conferred on them by the Insolvency Act 1986 jointly or individually; and
- the costs of the said application be paid as an expense of the company's administration.

**5** The Court is satisfied that the proceedings flowing from the appointment will be "COMI proceedings" (as that term is defined by rule 1.2(2) of the Insolvency (England and Wales) Rules 2016 (SI 2016/1024)).

I certify that this copy of the Administration Order dated 8 March 2021 of the High Court of Justice Business & Property Courts of England & Wales, Insolvency & Companies List (the **High Court**) in the insolvency proceedings regarding the assets of Greensill Capital (UK) Limited (in administration) Court case CR-2021-000435 is a copy of the official electronic copy of the Administration Order issued by the High Court.

*[Signature: Allen & Overy LLP]*

Allen & Overy LLP
One Bishops Square
London, United Kingdom
E1 6AD