# ALLEN & OVERY



**Katrina Buckley**
Partner - London

**Contact**
Tel +44 20 3088 2704
Mob +44 777 5904016
katrina.buckley@allenovery.com

Katrina is a partner in Allen & Overy's global restructuring and insolvency group and acts for financial institutions, funds, corporates, and insolvency practitioners. Katrina has advised on some of the most significant insolvencies and restructurings in the market over the last fifteen years.

Recent cases include advising the RCF lenders to soft commodity trader, E D & F Man, in relation to its restructuring through a UK scheme of arrangement, advising certain export credit agencies in relation to the restructuring of Nordic Aviation Capital DAC through an Irish scheme of arrangement, advising the board of Abhu Dhabi based healthcare provider NMC Health plc prior to its administration, acting for the RCF lenders to Interserve plc on its refinancing and subsequent debt for equity swap implemented via a pre-packaged administration and on-going financing arrangements, acting for the RCF lenders to Thomas Cook and acting for a private equity owned healthcare business on its restructuring. Previous transactions include TXU, Telewest, Wind Hellas, Metronet, Cortefiel, Peacocks, NCP, Stemcor, Dreams, Premier Oil, Palmer & Harvey, MF Global, Noble, Cordiant, Box Clever and the Greek sovereign debt restructuring.

Katrina was recognised as best in insolvency and restructuring at the 2017 European Women in Business awards and has won awards for her work advising the creditors of Stemcor, the international steel trader and advising the steering committee of bondholders on the Greek sovereign debt restructuring.

− The co-ordinating committee of bank lenders and the agent in relation to the implementation of the debt restructuring of the ED&F Man Group.
− The ECAs and certain other creditors in relation to the scheme of arrangement in respect of Nordic Aviation Capital, the world's largest regional leasing company.
− The lenders to Interserve on its restructuring and provision of additional secured facilities, including the agreement of a flexible apportionment agreement in relation to its pension scheme.
− The lenders to Interserve on its restructuring and provision of additional secured facilities, including in relation to the implementation of a deleveraging and debt for equity conversion through an administration pre-pack sale.
− NMC Health in relation to the $6.7 billion restructuring of the NMC Health Group.
− The RCF lenders of Thomas Cook Group plc (Thomas Cook) in relation to the £1.65 billion restructuring of the Thomas Cook group.
− The company and sponsor in relation to the £167 million consensual amendment and extension of the Lifeways Group's term and revolving credit facilities.

# ALLEN & OVERY

### Career history
- Partner, Allen & Overy LLP, London, 2003 to the present
- Secondment to Syndications Department of BNP Paribas, 2000-2001
- Associate, Allen & Overy LLP, London, 1995
- Trainee, Allen & Overy LLP, London, 1993

### Legal qualifications
- Admitted as solicitor, England and Wales, 1996

### Academic qualifications
- BA (Hons), English & History, The University of York, 1991
- CPE, Law, The College Of Law, Chester, 1992
- Law Society Finals, The College Of Law, Chester, 1993

Allen & Overy LLP

One Bishops Square, London E1 6AD United Kingdom | Tel +44 (0)20 3088 0000 | Fax +44 (0)20 3088 0088

Allen & Overy is an international legal practice with approximately 5,600 people, including some 580 partners, working in more than 40 offices worldwide. A current list of Allen & Overy offices is available at allenovery.com/global/global_coverage.

Allen & Overy means Allen & Overy LLP and/or its affiliated undertakings. Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. Allen & Overy (Holdings) Limited is a limited company registered in England and Wales with registered number 07462870. Allen & Overy LLP and Allen & Overy (Holdings) Limited are authorised and regulated by the Solicitors Regulation Authority of England and Wales.

The term partner is used to refer to a member of Allen & Overy LLP or a director of Allen & Overy (Holdings) Limited or, in either case, an employee or consultant with equivalent standing and qualifications or an individual with equivalent status in one of Allen & Overy LLP's affiliated undertakings. A list of the members of Allen & Overy LLP and of the non-members who are designated as partners, and a list of the directors of Allen & Overy (Holdings) Limited, is open to inspection at our registered office at One Bishops Square, London E1 6AD.

© Allen & Overy LLP 2021. This document is for general information purposes only and is not intended to provide legal or other professional advice.

allenovery.com